

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00371-CV

| | | |
|---|---|---|
| RAHIM MUHAMMEDI, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-316592-20) |
| V. | § | May 15, 2025 |
| BARKAT G. ALI, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's final judgment. We reverse that portion of the trial court's final judgment, which is dispositive of this appeal, and remand this case to the trial court for further proceedings consistent with this opinion without reaching appellant Rahim Muhammedi's remaining issues.

It is further ordered that appellee Barkat G. Ali shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker